# UNITED STATES DISTRICT COURT
## District of Minnesota

Carlton Johnson, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

Transport Corporation of America, Inc.,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 21-cv-01003 (KMM/JFD)

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The parties' motion for approval of settlement, (ECF No. 45), is **GRANTED.**

2. The matter is **DISMISSED WITH PREJUDICE.**

Date: 7/14/2023

KATE M. FOGARTY, CLERK